# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

*Dallas Division*

Netsphere, Inc., et al

Plaintiff

v.

Jeffrey Baron and Ondova Limited Company

Defendant

3-09-CV-0988-F

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(3)(D), and LR 81.2,

Derivative Plaintiffs: Quantec, LLC, Iguana Consulting, LLC, and Novo Point, LLC

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*
NETSPHERE, INC., MANILA INDUSTRIES, INC., MUNISH KRISHAN, JEFFREY BARON, ONDOVA LIMITED COMPANY, QUANTEC, LLC, IGUANA CONSULTING, LLC, NOVO POINT, LLC, QUANTEC, INC., IGUANA CONSULTING, INC., NOVO POINT, INC., SIMPLE SOLUTIONS, LLC, HCB, LLC, SEARCH GUIDE, LLC, REALTY INVESTMENT MANAGEMENT, LLC, BLUE HORIZONS LIMITED COMPANY F/K/A MACADAMIA MANAGEMENT, LLC, DENIS KLEINFELD, FOUR POINTS MANAGEMENT, LLLP, AND MARSHDEN, LLC

| | |
|---|---|
| Date: | July 30, 2009 |
| Signature: | /s/ Craig A. Capua |
| Print Name: | Craig A. Capua |
| Bar Number: | 03783950 |
| Address: | 320 S. R. L. Thornton Frwy., Ste. 30 |
| City, State, Zip: | Dallas, Texas 75203 |
| Telephone: | (214) 941-1881 |
| Fax: | (214) 941-1399 |
| E-Mail: | craig.c@westllp.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons