UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NETSPHERE, INC. <br> MANILA INDUSTRIES, INC.; and <br> MUNISH KRISHAN <br><br> Plaintiffs, <br><br> vs. <br><br> JEFFREY BARON and <br> ONDOVA LIMITED COMPANY, <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. 3-09CV0988-F |

### DEFENDANTS' MOTION TO APPROVE NEW BANKRUPTCY COUNSEL FOR ONDOVA LIMITED COMPANY

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW, Jeffrey Baron ("Baron") and Ondova Limited Company ("Ondova") (Baron and Ondova are collectively referred to as "Defendants") and file this Motion to Approve New Bankruptcy Counsel for Ondova Limited Company, and for cause would respectfully show unto the Court as follows:

I.

As a result of the Court's concerns that Defendants have changed counsel as a tactic to delay proceedings, the Court ordered that Friedman & Feiger, L.L.P. was lead counsel for Defendants and that Defendants must first obtain approval from this Court to employ new or additional counsel. Unbeknownst to Friedman & Feiger, L.L.P., Jay Kline, Jr., Esq. hired E. P. Keiffer, Esq. with the law firm of Wright Ginsberg Brusilow, P.C. to put Ondova into bankruptcy. Since putting Ondova into bankruptcy, Ondova's bankruptcy counsel has been secretive, uncooperative, uncommunicative and hostile towards Friedman & Feiger, L.L.P. and it

Case 3:09-cv-00988-F   Document 63   Filed 09/01/2009   Page 2 of 4

is unclear that they have even been acting in Ondova's best interests. Defendants would like to now change Ondova's bankruptcy counsel so that all counsel can work harmoniously towards a unified goal.

## II.

Defendants would like approval to employ Gerrit M. Pronske, Esq. with the law firm of Pronske & Patel, P.C. as Ondova's new bankruptcy counsel. Pronske & Patel, P.C. are highly regarded bankruptcy litigators with experience in handling complex bankruptcy matters. Friedman & Feiger, L.L.P. has an excellent working relationship with Pronske & Patel, P.C. and were involved in the process of choosing substitute bankruptcy counsel. This change in bankruptcy counsel will enable Defendants' bankruptcy and litigation counsel to work together towards a unified goal. This change is not sought for purposes of delay but to ensure that justice is served.

**WHEREFOR PREMISES CONSIDERED**, Jeffrey Baron and Ondova Limited Company respectfully pray that the Court approve hiring Pronske & Patel, P.C. as Ondova's new bankruptcy counsel; and, for such other and further relief, both general and special, at law and in equity, to which Defendants may be justly entitled.

DEFENDANTS' MOTION TO APPROVE NEW BANKRUPTCY
COUNSEL FOR ONDOVA LIMITED COMPANY                                                                 PAGE 2
#507987

is unclear that they have even been acting in Ondova's best interests. Defendants would like to now change Ondova's bankruptcy counsel so that all counsel can work harmoniously towards a unified goal.

## II.

Defendants would like approval to employ Gerrit M. Pronske, Esq. with the law firm of Pronske & Patel, P.C. as Ondova's new bankruptcy counsel. Pronske & Patel, P.C. are highly regarded bankruptcy litigators with experience in handling complex bankruptcy matters. Friedman & Feiger, L.L.P. has an excellent working relationship with Pronske & Patel, P.C. and were involved in the process of choosing substitute bankruptcy counsel. This change in bankruptcy counsel will enable Defendants' bankruptcy and litigation counsel to work together towards a unified goal. This change is not sought for purposes of delay but to ensure that justice is served.

**WHEREFOR PREMISES CONSIDERED**, Jeffrey Baron and Ondova Limited Company respectfully pray that the Court approve hiring Pronske & Patel, P.C. as Ondova's new bankruptcy counsel; and, for such other and further relief, both general and special, at law and in equity, to which Defendants may be justly entitled.

Dated: September 1, 2009

                                    Respectfully submitted,

                                    /s/ Lawrence J. Friedman

                                    **Lawrence J. Friedman**
                                    Texas Bar No. 07469300
                                    **James Robert Krause**
                                    Texas Bar No. 11714525
                                    ~~Ryan K. Lurich~~
                                    Texas Bar No. 24013070

                                    **FRIEDMAN & FEIGER, L.L.P.**
                                    5301 Spring Valley Road, Suite 200
                                    Dallas, Texas 75254
                                    (972) 788-1400 (Telephone)
                                    (972) 776-5313 (Telecopier)
                                    lfriedman@fflawoffice.com
                                    jkrause@fflawoffice.com
                                    rlurich@fflawoffice.com

                                    **COUNSEL FOR DEFENDANTS**
                                    **JEFFREY BARON AND**
                                    **ONDOVA LIMITED COMPANY**

## CERTIFICATE OF SERVICE

    I hereby certify that on September 1, 2009, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court for the Northern District of Texas, Dallas Division, using the electronic case filing system of the Court. The electronic case filing system will send a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept the Notice as service of this document by electronic means:

John W. MacPete, Esq.
Locke Lord Bissell & Liddell, L.L.P.
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
(214) 740-8662 (Telephone)
(214) 740-8800 (Telecopier)

Peter S Vogel, Esq.
Gardere Wynne Sewell
1601 Elm Street, Suite 3000
Dallas, Texas 75201
(214) 999-4422 (Telephone)
(214) 999-3422 (Telecopier)

Craig A Capua, Esq.
West & Associates L.L.P.
320 South RL Thornton Frwy
Suite 300
Dallas, Texas 75203
(214) 941-1881 (Telephone)
(469) 364-7139 (Telecopier)

Charla G. Aldous, Esq.
Aldous Law Firm
2305 Cedar Springs Road
Suite 200
Dallas, Texas 75201
(214) 526-5595 (Telephone)
(214) 526-5525 (Telecopier)

Jeffrey H Rasansky, Esq.
Rasansky Law Firm
2525 McKinnon Street
Suite 625
Dallas, Texas 75201
(214) 651-6100 (Telephone)
(214) 651-6150 (Telecopier)

_____
Ryan K. Lurich