UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NETSPHERE, INC. | § | |
| MANILA INDUSTRIES, INC.; and | § | |
| MUNISH KRISHAN | § | |
| | § | |
| Plaintiffs, | § | CIVIL ACTION NO. 3-09CV0988-F |
| vs. | § | |
| | § | |
| JEFFREY BARON and | § | |
| ONDOVA LIMITED COMPANY, | § | |
| | § | |
| Defendants. | § | |

### DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION TO APPROVE NEW BANKRUPTCY COUNSEL FOR ONDOVA LIMITED COMPANY

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

**COME NOW**, Jeffrey Baron ("Baron") and Ondova Limited Company ("Ondova") (Baron and Ondova are collectively referred to as "Defendants") and file this Notice of Withdrawal of Motion to Approve New Bankruptcy Counsel for Ondova Limited Company, and for cause would respectfully show unto the Court as follows:

**I.**

Defendants hereby withdrawal their Motion to Approve New Bankruptcy Counsel for Ondova Limited Company effective immediately upon the filing of this notice. The undersigned also apologizes to this Court and to the Bankruptcy Court for any confusion created by the style of its motion. The undersigned was not attempting to circumvent Judge Jernigan's authority or jurisdiction as to the control of debtor counsel. Rather, the undersigned was purely and simply attempting to comply with the duties and obligations placed upon him by this Court as lead counsel in this matter.

**WHEREFOR PREMISES CONSIDERED**, Jeffrey Baron and Ondova Limited Company respectfully withdraw their Motion to Approve New Bankruptcy Counsel for Ondova Limited Company; and, for such other and further relief, both general and special, at law and in equity, to which Defendants may be justly entitled.

Dated: September 7, 2009

Respectfully submitted,

**Lawrence J. Friedman**
Texas Bar No. 07469300
**Ryan K. Lurich**
Texas Bar No. 24013070

**FRIEDMAN & FEIGER, L.L.P.**
5301 Spring Valley Road, Suite 200
Dallas, Texas 75254
(972) 788-1400 (Telephone)
(972) 776-5313 (Telecopier)
lfriedman@fflawoffice.com
jkrause@fflawoffice.com
rlurich@fflawoffice.com

**COUNSEL FOR DEFENDANTS
JEFFREY BARON AND
ONDOVA LIMITED COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2009, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court for the Northern District of Texas, Dallas Division, using the electronic case filing system of the Court. The electronic case filing system will send a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept the Notice as service of this document by electronic means:

John W. MacPete, Esq.
Locke Lord Bissell & Liddell, L.L.P.
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
(214) 740-8662 (Telephone)
(214) 740-8800 (Telecopier)

Peter S Vogel, Esq.
Gardere Wynne Sewell
1601 Elm Street, Suite 3000
Dallas, Texas 75201
(214) 999-4422 (Telephone)
(214) 999-3422 (Telecopier)

Craig A Capua, Esq.
West & Associates L.L.P.
320 South RL Thornton Frwy
Suite 300
Dallas, Texas 75203
(214) 941-1881 (Telephone)
(469) 364-7139 (Telecopier)

Charla G. Aldous, Esq.
Aldous Law Firm
2305 Cedar Springs Road
Suite 200
Dallas, Texas 75201
(214) 526-5595 (Telephone)
(214) 526-5525 (Telecopier)

Jeffrey H Rasansky, Esq.
Rasansky Law Firm
2525 McKinnon Street
Suite 625
Dallas, Texas 75201
(214) 651-6100 (Telephone)
(214) 651-6150 (Telecopier)

_____
Ryan K. Lurich