# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| NETSPHERE, INC., et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | 3-09CV0988-F |
| JEFFREY BARON, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER AUTHORIZING TRANSFER AND DELETION OF DOMAIN NAMES

After consideration of the motion of the Bankruptcy Trustee for Ondova Limited Company (Ondova) and arguments of counsel for Plaintiffs Netsphere, Manila Industries, Inc., and Munish Krishan (Manila), Defendant Jeffrey Baron (Baron), and Intervenors Charla G. Aldous, the Aldous Law Firm Jeffrey Rasansky, and the Rasansky Law Firm (Rasansky/Aldous Intervenors) at hearings on December 10, 2009 and January 29, 2010, and Bankruptcy Court's January 20, 2010 Order Regarding Joint Motion for Relief from the Automatic Stay to File Motion in District Court Litigation, the Court hereby issues this Order authorizing the transfer and deletion of domain names as follows:

1. Notwithstanding any provision of this Order, Manila and Ondova may transfer any domain name within their Domain Name Portfolios to any third party without any approval from the other Party except:

    a. That Manila and Ondova shall maintain financial and detail records associated with domain transfers during the pendency of this case.

    b. All proceeds from the transfer by Ondova shall be placed in escrow held by the Bankruptcy Trustee pending further orders from the Bankruptcy Court.

2. To the extent any sale or other disposition of domain names by Ondova is not in the ordinary course of business or otherwise implicates Section 363 of the Bankruptcy Code, this order constitutes authority under 11 U.S.C. § 363(c)(2) for such sale.

3. Manila and Ondova have the right to change the WHOIS information contained within their Domain Name Portfolios which is subject to their respective control without obtaining the approval of any of the other Parties, except that Ondova may not change the privacy service identified as the registrant for the Ondova Portfolio from Texas International Property Associates to a new third party privacy service affiliated with any

**ORDER AUTHORIZING TRANSFER AND DELETION OF DOMAIN NAMES - PAGE 1**

of the parties in this case or the Ondova bankruptcy case. The WHOIS information referenced herein includes but is not limited to the Registrant's name, address, e-mail address, and telephone number.

3. The Court has made no determination about claims of ownership of any domain names by parties not before this court at this time.

ORDERED on January 29th, 2010.

_____
THE HONORABLE W. ROYAL FURGESON, JR.
U.S. DISTRICT JUDGE