UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NETSPHERE, INC. ET AL. | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 3:09-CV-988-RF |
| | § | |
| JEFFREY BARON and ONDOVA | § | |
| LIMITED COMPANY, et. al., | § | |
|     Defendant. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES BANKRUPTCY JUDGE**

BEFORE THE COURT is United States Bankruptcy Judge Stacey G.C. Jernigan's Report and Recommendation (Docket No. 118), which recommends that this Court appoint Special Master, Peter Vogel, to conduct a global mediation among Bankruptcy Trustee Daniel Sherman, Jeffrey Baron, and the various attorneys who may make a claim for reimbursement against the Ondova bankruptcy estate. After due consideration, the Court is of the opinion that the Bankruptcy Judge's Report and Recommendation should be ADOPTED IN ITS ENTIRETY. An Order appointing Special Master, Peter Vogel, as mediator of this dispute shall be entered.

Signed this 19th day of October, 2010.

*Royal Furgeson*
Royal Furgeson
Senior United States District Judge