IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| NETSPHERE, INC., | § | |
| MANILA INDUSTRIES, INC., AND | § | |
| MUNISH KRISHAN | § | |
| PLAINTIFFS, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:09-CV-0988-F |
| | § | |
| JEFFREY BARON AND | § | |
| ONDOVA LIMITED COMPANY, | § | |
| DEFENDANTS. | § | |

## ADVISORY

Since all actions in this matter are stayed pending resolution by the U.S. Court of Appeals for the Fifth Circuit, the Court enters this Advisory regarding how it intends to manage this case going forward, *see* Doc. No. 586, Order Regarding Baron's Notice of Appeal to the United States Court of Appeals for the Fifth Circuit and Doc. No. 616, Order Directing Parties to File Pending Motions with the U.S. Court of Appeals for the Fifth Circuit, should the Fifth Circuit continue to deny Mr. Baron's appeals as it did on June 27, 2011, *see* Doc. No. 624. Assuming the matter will eventually be back at the district court level, the Court will proceed as follows regarding the fifteen motions pending as of the date of this Advisory.

### *Motions Concerning the Sale of Domain Names*

The Court will grant the Receiver's Motion to Approve Sale of Specific Domain Names and Confirm Propriety of Sales Protocol (Doc. No. 424); the Receiver's Motion to Approve Sale of Specific Domain Names (Doc. No. 480); the Receiver's Motion to

1

Renew Certain Money-Losing Domain Names (Doc. No. 599); the Receiver's Fifth Motion to Clarify the Receiver Order (Doc. No. 609); and the Receiver's Joint Motion to Renew Certain Money-Losing Domain Names (Doc. No. 611).

### *Motions Concerning Fee Applications*

The Court will grant the Receiver's Fourth Application for Reimbursement of Fees Incurred by Martin Thomas (Doc. No. 593); the Receiver's Motion for Order Granting Receiver's Sixth Application for Reimbursement of Fees Incurred by Thomas Jackson (Doc. No. 602); and the Receiver's Motion for Order Granting Receiver's Ninth Cox Fee Application (Doc. No. 603).

### *Motions Concerning Receivership and Gardere Fee Applications*

The Court will grant 75% of the requested fees in the Receiver's Motion for Order Granting the Receiver's Seventh Receiver Fee Application (Doc. No. 605) and the Receiver's Motion for Order Granting the Receiver's Seventh Gardere Fee Application (Doc. No. 606). At the conclusion of the Receivership, the Court will reconsider whether there are sufficient funds to pay the remaining 25% of the requested fees.

### *Other Motions Concerning the Receivership.*

The Court will grant the Motion for Reimbursement of Fees and Expenses from the Receivership Estate (Doc. No. 467) the Receiver's Motion for Reconsideration of Order Regarding Mr. Baron's Request to Research Financing Options (Doc. No. 581).

The Court will deny the Motion for Order Permitting the Receiver to Cash Out Stocks and IRAs (Doc. 309).

The Court will evaluate the merits of Non-Party Creditor Carrington, Coleman, Sloman & Blumenthal, L.L.P.'s Motion to Reconsider or to Alter or Amend (Doc. No. 613).

### *Other Motions*

The Court will deny the Motion to Quash the Broome Deposition and Document Production Notice as moot (Doc. No. 557).

### *Interlocutory Appeals*

The Court will allow the interlocutory appeal of the aforementioned orders once they have been entered in addition to the Order Appointing Receiver (Doc. No. 130); Order Denying Motion to Vacate Order Appointing Receiver and in the Alternative, Motion for Stay Pending Appeal (Doc. No. 268); and the Findings of Fact, Conclusions of Law, and Assessment and Disbursement of Former Attorney Claims (Doc. No. 575).

Signed this 1ST day of July, 2011.

_____
Royal Furgeson
Senior United States District Judge