IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| NETSPHERE, INC., | § | |
| MANILA INDUSTRIES, INC., AND | § | |
| MUNISH KRISHAN | § | |
|     PLAINTIFFS, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:09-CV-0988-F |
| | § | |
| JEFFREY BARON AND | § | |
| ONDOVA LIMITED COMPANY, | § | |
|     DEFENDANTS. | § | |

## SUPPLEMENTAL ADVISORY

In allowing the interlocutory appeals as mentioned in the previous Advisory (Doc. No. 630), I failed to mention that I would stay orders concerning the sale of domain names and orders concerning fees to be paid to the Baron attorneys pending appeal.

Signed this 5th day of July, 2011.

Royal Furgeson
Senior United States District Judge