# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

3:09 CV 988

No. 10-11202

NETSPHERE, INC., Et Al

    Plaintiffs

v.

JEFFREY BARON,

    Defendant - Appellant

v.

ONDOVA LIMITED COMPANY,

    Defendant - Appellee



CONS. w/ 11-10113

NETSPHERE, INC., Et Al

    Plaintiffs

v.

JEFFREY BARON, Et Al

    Defendants

v.

QUANTEC L.L.C.; NOVO POINT L.L.C.,

    Movants - Appellants

v.

PETER S. VOGEL

        Appellee

---

Appeal from the United States District Court for the
Northern District of Texas, Dallas

---

Before HIGGINBOTHAM, SMITH, and HAYNES, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that Appellant's motion for stay of the receivership order and the lockdown injunction pending appeal is DENIED. Appellant is cautioned that further frivolous filings could result in sanctions.

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By Mary Stewart, Deputy
JUN 27 2011
New Orleans, Louisiana

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 27, 2011

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 10-11202    Netsphere, Inc. v. Jeffrey Baron
        USDC No. 3:09-CV-988
    No. 11-10113    Netsphere, Inc. V. Jeffrey Baron
        USDC No. 3:09-CV-988

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Mary Stewart
Mary C. Stewart, Deputy Clerk
504-310-7694

RECEIVED BY
JUL 11 2011
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Mr. Barry M. Golden
Mr. Richard M. Hunt
Mr. Peter L. Loh
Ms. Karen S. Mitchell
Mr. Stacy R. Obenhaus
Mr. Gary N. Schepps
Mr. Raymond James Urbanik