**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| NETSPHERE, INC., ) <br> MANILA INDUSTRIES, INC., and ) <br> MUNISH KRISHAN, ) <br>     Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> JEFFREY BARON, and ) <br> ONDOVA LIMITED COMPANY, ) <br>     Defendants. ) | Civil Action No. 3-09CV0988-F |

## NOTICE OF APPEAL TO THE
## UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

Notice is hereby given that Jeffrey Baron, defendant, and Novo Point, LLC, Quantec, LLC, and Gary Schepps, non-parties affected by orders in Civil Action No. 3-09CV0988-F, hereby appeal to the United States Court of Appeals for the Fifth Circuit from:

a. [DOC 723] The District Court's Order DENYING OBJECTION AND MOTION TO QUASH SUBPOENA SERVED BY VOGEL FOR BANK ACCOUNT RECORDS OF APPELLATE COUNSEL (Ordered by Judge Royal Furgeson on 11-28-2011); and

b. [DOC 734] The District Court's Order GRANTING THE RECEIVER'S MOTION TO MODIFY STAY AND FOR APPROVAL TO PAY RECEIVERSHIP PROFESSIONALS. (Ordered by Judge Royal Furgeson on 12-12-2011).

This appeal is taken pursuant to 28 U.S.C. §1291 and §§1292(a)(1) and (2).

The parties to the orders appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Appellant:            Jeffrey Baron

Non-Party Appellants:    Novo Point, LLC and Quantec, LLC

Represented on Appeal by:

>   Gary N. Schepps
>   Drawer 670804
>   Dallas, Texas 75367
>   Telephone  (214) 210-5940
>   Facsimile   (214) 347-4031
>   legal@schepps.net

Appellee:             Defendant ONDOVA LIMITED COMPANY
                      c/o DANIEL J. SHERMAN, Trustee

Represented by:       Raymond J. Urbanik
                      Munsch, Hardt, Koph & Harr, PC
                      500 N. Akard Street, Suite 3800
                      Dallas, Texas  75201-6659
                      Telephone  (214) 855-7500
                      Facsimile   (214) 855-7584
                      rurbanik@munsch.com

Appellee:             Peter S. Vogel, receiver

Represented by:       Barry M. Golden
                      Gardere Wynne Sewell, LLP
                      1601 Elm Street, Suite 3000
                      Dallas, Texas 75201
                      Telephone  (214) 999 3000
                      Facsimile  (214) 999 4667
                      bgolden@gardere.com

Dated: December 28, 2011.

          Respectfully submitted,

          /s/ Gary N. Schepps
          Gary N. Schepps
          State Bar No. 00791608
          Drawer 670804
          Dallas, Texas 75367
          Telephone  (214) 210-5940
          Facsimile   (214) 347-4031
          legal@schepps.net

          **APPELLATE COUNSEL**
          **FOR  JEFFREY BARON**

          **APPELLATE COUNSEL**
          **FOR  NOVO POINT, LLC and**
          **QUANTEC,  LLC**

## CERTIFICATE OF SERVICE

This is to certify that this was served on all parties who receive notification through the Court's electronic filing system and including:

    Raymond J. Urbanik
    Munsch, Hardt, Koph & Harr, PC
    500 N. Akard Street, Suite 3800
    Dallas, Texas  75201-6659
    rurbanik@munsch.com

    Barry M. Golden
    Gardere Wynne Sewell, LLP
    1601 Elm Street, Suite 3000
    Dallas, Texas 75201
    bgolden@gardere.com

          /s/ Gary N. Schepps
          Gary N. Schepps