IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NETSPHERE, INC., Et al. | § | |
|     *Plaintiffs*, | § | |
| vs. | § | Civil Action No. 3-09-CV-0988-L |
| | § | |
| JEFFREY BARON, Et al. | § | |
|     *Defendants* | § | |

**RESPONSE TO THE RECEIVER'S "FINAL NOTICE" [DOC 1409]**

In an abundance of caution, Novo Point LLC and Quantec LLC respond to the Receiver's latest 'notice', as follows:

1. To transfer control of the webhosting account, the Receiver simply needs to reveal the account's user name and password. The Receiver failed to turn over this information in March and <u>continues</u> to delay surrendering control by withholding the information. Instead, the Receiver filed a series of false reports with this Honorable Court.

2. For example, in his latest filing the Receiver's falsely reports that on Monday "Mr. Payne did not respond".[1] The falsity of the Receiver's report is shown by the Receiver's own exhibits.[2]

---

[1] Doc 1409, page 1.
[2] Doc 1409-1.

Respectfully submitted,

/s/ Christopher A. Payne
Christopher A. Payne
Law Office of Christopher A. Payne, PLLC
Phone: 972 284-0731
Fax: 214 453-2435
cpayne@cappc.com

FOR NOVO POINT LLC and
QUANTEC LLC

**CERTIFICATE OF SERVICE**

I certify that this brief was served this day on all parties who receive notification through the Court's electronic filing system.

CERTIFIED BY:   /s/ Christopher A. Payne
                Christopher A. Payne